In re  **Rudyard Lewis Goodland, III**,  Case No. **15-14966**
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under: (Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Residence: Single family 3- bedroom home; built in 1980; purchased in 1998 Assessed value: $651,000 Value based on realtor market analysis; roof and foundation need repair & fair market value may be less than realtor estimate Location: 12737 42nd Ave NE Seattle, WA 98125** | **Wash. Rev. Code §§ 6.13.010, 6.13.020, 6.13.030** | **125,000.00** | **725,000.00** |
| Total: | | **125,000.00** | **725,000.00** |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

# United States Bankruptcy Court
## Western District of Washington

In re  **Rudyard Lewis Goodland, III**                                    Case No.  **15-14966**

Debtor(s)                                                                                    Chapter  **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **16** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **January 31, 2017**           Signature  **/s/ Rudyard Lewis Goodland, III**
                                                        **Rudyard Lewis Goodland, III**
                                                        Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.